IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANET RHODUS * | |
| * | |
| PLAINTIFF * | |
| VS. * | CIVIL ACTION NO. _____ |
| * | |
| BUTLER & HOSCH, P.A. INCORPORATED * | COMPLAINT AND |
| * | DEMAND FOR A JURY TRIAL |
| DEFENDANT * | |

**COMPLAINT**

I. Introduction

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3. Plaintiff, Janet Rhodus, is a natural person who resides in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Butler & Hosch, P.A. Incorporated ("B&H"), is a foreign corporation authorized to do and doing business in the state of Louisiana, and whose registered agent for service of process in Louisiana is Timothy Howard, 5616 Corporate Boulevard, Suite 500A, Baton Rouge, Louisiana 70808. B&H, at all times relevant hereto, regularly attempted to collect

debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5.  On or about July 19, 2011, defendant B&H faxed two letters to Ms. Rhodus demanding payment of a debt allegedly due Chase Home Finance.

6.  The alleged debt B&H was attempting to collect from plaintiff was for a home mortgage for Ms. Rhodus, which was primarily for personal, family or household purposes.

7.  Both of these letters from defendant listed amounts due from Ms, Rhodus to reinstate her mortgage loan with Chase.

8.  The first letter stated that the total amount due to reinstate was $11,791.19.

9.  This letter itemized the various charges totaling the $11,791.19, and included charges for court costs of $579.88 and a sheriff's commission of $343.43.

10. The second letter from defendant listed the total reinstatement amount due as $9,327.76.

11. The $9,327.76 also itemized various charges including the same $579.88 in court costs and $700.00 for "Outstanding Vendor Invoices."

12. Ms. Rhodus paid the $9,327.76 by the due date contained in the letter of July 27, 2010.

13. At the time these letters were sent to Ms. Rhodus, there had not been any suit filed against her.

14. Therefore at the time these letters were sent to Ms. Rhodus, she did not owe any charges for court costs nor for sheriff's commission.

15. Upon information and belief, Ms. Rhodus did not owe $700.00 for

"Outstanding Vendor Invoices."

## DEFENDANT'S PRACTICES

16.     Defendant violated numerous provisions of the FDCPA including but not limited to sections 1692e(2) and 1692f(1).

17.     Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, and overcharges by defendant for which she should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against Defendant Butler & Hosch, P.A. Incorporated :

        a.     Additional damages;

        b.     Actual damages;

        c.     Attorney fees, litigation expenses and costs; and

        d.     Such other and further relief as is appropriate.

**A JURY TRIAL IS DEMANDED**.

                      s/Garth J. Ridge
                      **GARTH J. RIDGE**
                      Attorney for Plaintiff
                      Bar Roll Number:  20589
                      251 Florida Street, Suite 301
                      Baton Rouge, Louisiana 70801
                      Telephone Number:  (225) 343-0700
                      Facsimile Number: (225) 343-7700
                      E-mail: GarthRidge@aol.com